CAUSE NO 01-15-00066-CV

IN THE

FIRST COURT OF APPEALS

HARRIS COUNTY TEXAS

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY 2 7 2015

CHRISTOPHER A. PRINE

CLERK _____

---

PATRICK OLAJIDE AKINWAMIDE

APPELLANT

V

TRANSPORTATION INSURANCE COMPANY

CNA INSURANCE COMPANY AND

AUTOMATIC DATA PROCESSING INC.

APPELLEES

---

FROM THE 80TH DISTRICT COURT

OF HARRIS COUNTY, TEXAS

---

REQUEST TO SUPPLEMENT THE CLERK'S RECORD

IN CAUSE NO. 97-48526

(TEX. R. APP. P. 34.5(C))

---

PATRICK OLAJIDE AKINWAMIDE, PROSE

2151 SOUTH KIRKWOOD ROAD, #295

HOUSTON, TEXAS 77077

(832) 620-9345

# Request to Supplement the Clerk's Record

## (Tex. R. App. P. 34.5 (c))

The certified Clerk's Record was filed in the First Court of Appeal on January 20, 2015 in Case No. 01-15-00066-CV.

The Certified Clerk's Record filed on January 20, 2015 does not include the Exhibits 'A' – 'K' attached to the "Plaintiff's Motion to Set Aside the Final Judgment in Cause No. 97-48526 as void; Dismiss the Plaintiff's claim for compensation for lack of jurisdiction under the TWCA; and the Trial Court to proceed with the Plaintiff's Common Law causes of action until its final resolution" filed in the Trial Court August 6, 2014.

Appellant request the following documents filed with the District Clerk in Cause No. 97-48526 to be included in certified supplemental clerk's record which are to be filed with the First Court of Appeals:

1. Appellant's Motion to set aside the Final Judgment in Cause No. 97-48526 filed August 6, 2014 including exhibits 'A' – 'K' attached to the motion.

The documents are required to properly brief the case.

Thank you for your cooperation in this matter.

Respectfully submitted,

Patrick Olajide Akinwamide, Pro Se
2151 S. Kirkwood Rd., Apt. 295
Houston, TX 77077
Tel: (832) 620-9345

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the forgoing instrument was delivered via certified mail, return receipt requested or hand delivered to all counsels of record on this the 27th day of May 2015.

The Clerk
80th District Court
201 Caroline, Room 915
Harris County Civil Courthouse
Houston, Texas 77002

The District Clerk
Civil/Family Post Trial
201 Caroline, 2nd Floor
Harris County Civil Courthouse
Houston, Texas 77002

Mr. Jeffrey L. Diamond
TX Bar No. 058025000
1010 San Jacinto Street
Houston, Texas 77002
Attorney of Record for Transportation Insurance Company, CNA Insurance Company and Automatic Data Processing Inc.

Patrick Olajide Akinwamide, Pro Se
2151 S. Kirkwood Rd., Apt. 295
Houston, TX 77077
Tel: (832) 620-9345